**2008–0353.  State v. Kepiro.**

Franklin App. No. 06AP–1302, 2007-Ohio-4593. On motion for leave to file delayed appeal. Motion

granted.

O'CONNOR, O'DONNELL, and LANZINGER, JJ., dissent.